

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 04-00846 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| ) | 18 U.S.C. § 3143(a)] |
| Calvin Goss, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6-20-08

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE